**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Corazon Ricasata De Guzman<br>  aka   Corazon Cuevas Ricasta<br>        Debtor(s) | Case No.: 09–32334 TEC 13<br>Chapter:  13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

   **Notice is given** the debtor(s) having failed to comply with this court's ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL , filed on August 17, 2009 , it is ordered that this case is hereby **dismissed**.

Dated: 9/2/09                                      By the Court:

                                                   Thomas E. Carlson
                                                   United States Bankruptcy Judge